Chambers Copy-Do Not File
Hon. S. B. Armstrong

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RUFO,<br><br>        Plaintiff,<br><br>vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY; UNION BANK OF CALIFORNIA LIFE INSURANCE PLAN,<br><br>        Defendant. | Case No.: 4:11-CV-0980-SBA<br><br>[~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL_<br><br>Compl. Filed: March 2, 2011<br>Trial Date: None set<br><br>Hon. Saundra Brown Armstrong |

Defendant Union Bank of California Life Insurance Plan ("the Plan") makes this application to substitute as counsel in this action the law firm of Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071 [(213) 457-8000 (telephone) and (213) 457-8080 (facsimile)] in place of Fisher & Phillips LLP.

Having considered the Notice for Substitution of Counsel and finding good cause therefore, IT IS HEREBY ORDERED that the law firm of Reed Smith LLP is substituted as counsel for the Plan in this action. The Court's service list shall be updated to reflect this substitution and all parties shall update their proofs of service as well.

IT IS SO ORDERED.

DATED: 5-12-11

The Honorable Saundra Brown Armstrong
Judge of the United States District Court
Northern District of California