Robert D. Phillips, Jr. (SBN 82639)
Email: rphillips@reedsmith.com
Kathy J. Huang (SBN 240677)
Email: khuang@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Minnesota Life Insurance Company
Union Bank of California Life Insurance Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIFFANY RUFO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY; UNION BANK OF CALIFORNIA LIFE INSURANCE PLAN,<br><br>　　　　　Defendant. | Case No.: CV11-0980-SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br><u>Current Case Management Conf. Date</u><br>Date: June 23, 2011<br>Time: 2:45 p.m.<br>Place: Courtroom 1<br><br><u>Proposed Case Management Conf. Date</u><br>Date: August 25, 2011<br>Time: 2:45 p.m.<br>Place: Courtroom 1<br><br>Compl. Filed: March 2, 2011<br>Trial Date: None set<br><br>Honorable Saundra Brown Armstrong |

This Stipulation is made by and between Plaintiff Tiffany Rufo ("Plaintiff") and Defendants Minnesota Life Insurance Company and Union Bank of California Life Insurance Plan ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, pursuant to Local Rules 6-2, 7-12 and 16-2(e), and in light of the following facts:

## RECITALS

WHEREAS, the Initial Case Management Conference is scheduled before this Court for Thursday, June 23, 2011 at 2:45 p.m.;

WHEREAS, Plaintiff and Defendants have agreed to submit the matter to private mediation to take place before the end of July;

WHEREAS, Plaintiff and Defendants seek to continue the Case Management Conference in order to allow the Parties to fully exhaust private settlement procedures before the Case Management Conference and eliminate the need for the conference altogether, if the parties reach a settlement;

WHEREAS, good cause exists to continue the Case Management Conference in the interest of judicial economy and in order to minimize costs and legal fees while providing the Parties with adequate time for mediation;

WHEREAS, no prior requests to continue the deadline for filing the Case Management Conference statement have been made although the Case Management Conference hearing has been continued once by court order when the action was reassigned to this Court;

WHEREAS, no other court-imposed dates will be affected by the continuance

other than the date for filing a Joint Case Management Conference Statement;

NOW, THEREFORE, the Parties, through their respective counsel of record, hereby stipulate as follows:

A. The Case Management Conference shall be continued until August 25, 2011 at 2:45 p.m. or the Court's first available date thereafter.

B. A Joint Case Management Conference Statement shall be due on August 15, 2011.

IT IS SO STIPULATED.

DATED: June 14, 2011

        KANTOR & KANTOR LLP

        By    /s/ Glenn R. Kantor
           Glenn R. Kantor
           Attorney for Plaintiff
           Tiffany Rufo

DATED: June 14, 2011

        REED SMITH LLP

        By    /s/ Kathy J. Huang*
           Robert D. Phillips, Jr.
           Kathy J. Huang
           Attorneys for Defendants
           Minnesota Life Insurance Company
           Union Bank of California Life Insurance Plan

**Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Kathy J. Huang hereby attests that concurrence in the filing of this document has been obtained.*

# ORDER

~~Pursuant to the Stipulation of the parties and good cause having been shown, the Case Management Conference in this action shall be continued from June 23, 2011 at 2:45 p.m. to August 25, 2011 at 2:45 p.m.  The Parties shall submit a Joint Case Management Conference Statement by August 15, 2011.~~

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for June 23, 2011 is CONTINUED to **September 7, 2011 at 2:45 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: June 14, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge