1 | Glenn R. Kantor, Esq. (SBN 122643)
   E-mail: gkantor@kantorlaw.net
2 | KANTOR & KANTOR, LLP
19839 Nordhoff Street
3 | Northridge, CA 91324
Telephone: (818) 886-2525
4 | Facsimile: (818) 350-6272

5 | Attorneys for Plaintiff,
TIFFANY RUFO

6 |
Robert D. Phillips, Jr. (SBN 82639)
7 |  Email: rphillips@reedsmith.com
Kathy J. Huang (SBN 240677)
8 |  Email: khuang@reedsmith.com
REED SMITH LLP
9 | 355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
10 | Telephone: (213) 457-8000
Facsimile: (213) 457-8080

11 |
Attorneys for Defendants,
12 | MINNESOTA LIFE INSURANCE COMPANY and
UNION BANK OF CALIFORNIA LIFE INSURANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RUFO,<br><br>      Plaintiff,<br><br>VS.<br><br>MINNESOTA LIFE INSURANCE COMPANY; UNION BANK OF CALIFORNIA LIFE INSURANCE PLAN,<br><br>      Defendants. | CASE NO. CV11-00980 SBA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Complaint filed March 2, 2011) |

Following settlement of this matter, Plaintiff Tiffany Rufo and Defendants Minnesota Life Insurance Company, and Union Bank of California Life Insurance Plan, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

DATED:  KANTOR & KANTOR, LLP

By: */s/ Glenn R. Kantor*
Glenn R. Kantor
Attorneys for Plaintiff,
TIFFANY RUFO

DATED:  REED SMITH LLP

By: */s/ Kathy J. Huang*
Robert D. Phillips, Jr.
Kathy J. Huang
Attorneys for Defendants,
MINNESOTA LIFE INSURANCE COMPANY and UNION BANK OF CALIFORNIA LIFE INSURANCE PLAN

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: 9/6/11 _____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE