Glenn R. Kantor, Esq. (SBN 122643)
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
TIFFANY RUFO

Robert D. Phillips, Jr. (SBN 82639)
 Email: rphillips@reedsmith.com
Kathy J. Huang (SBN 240677)
 Email: khuang@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile:  (213) 457-8080

Attorneys for Defendants,
MINNESOTA LIFE INSURANCE COMPANY and
UNION BANK OF CALIFORNIA LIFE INSURANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RUFO,<br><br>    Plaintiff,<br><br>    VS.<br><br>MINNESOTA LIFE INSURANCE COMPANY; UNION BANK OF CALIFORNIA LIFE INSURANCE PLAN,<br><br>    Defendants. | CASE NO. CV11-00980 SBA<br><br>**STIPULATION AND  ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Complaint filed March 2, 2011) |

1  Following settlement of this matter, Plaintiff Tiffany Rufo and Defendants
2  Minnesota Life Insurance Company, and Union Bank of California Life Insurance
3  Plan, by and through their respective counsel of record, hereby stipulate that this
4  action shall be dismissed with prejudice, each party to bear its own costs, expenses
5  and attorney's fees.

DATED:                          KANTOR & KANTOR, LLP

                          By:   */s/ Glenn R. Kantor*
                                Glenn R. Kantor
                                Attorneys for Plaintiff,
                                TIFFANY RUFO

DATED:                          REED SMITH LLP

                          By:   */s/ Kathy J. Huang*
                                Robert D. Phillips, Jr.
                                Kathy J. Huang
                                Attorneys for Defendants,
                                MINNESOTA LIFE INSURANCE
                                COMPANY and UNION BANK OF
                                CALIFORNIA LIFE INSURANCE PLAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: 9/6/11

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE